# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0544
_____

CHARLES J. LAWN, JR.,

 Appellant,

v.

GRACEVILLE CORRECTIONAL
FACILITY,

 Appellee.

_____


On appeal from the Circuit Court for Jackson County.
Ana Maria Garcia, Judge.

April 27, 2026


PER CURIAM.

 AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Charles J. Lawn, Jr., pro se, Appellant.

Kelly R. Forren, Assistant General Counsel, Tallahassee, for Appellee.